WILLIAM I. T. FOSDICK, as Assignee of JOSEPH S. MUL-
RONEY, Respondent, v. METAL SHELTER CO., INC.,
Appellant.

(Submitted May 27, 1918; decided June 4, 1918.)

MOTION for re-hearing of motion to amend remittitur.
(See 223 N. Y. 653, 700).

Motion granted and decision of motion to amend
remittitur herein amended so as to read as follows:
" The question whether the judgment affects the taking
of property without due process of law and is violative
of the Constitution, has not been considered for the
reason that the question was not raised in the courts
below." Motion otherwise denied, without costs.